# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 23, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153829(49)(50)

DAVID J. MCQUEER,
             Plaintiff-Appellee,

v

SC: 153829
COA: 325619
Grand Traverse CC: 2014-030287-NO

PERFECT FENCE COMPANY,
             Defendant-Appellant.
_____/

On order of the Chief Justice, the separate motions of the Michigan Self-Insurers Association and the Inland Press Company to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those groups on February 20, 2018, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 23, 2018



Clerk